798 A.2d 1275

Johnnie Lee CROPPS, III, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

No. 56 MAP 2002.

Supreme Court of Pennsylvania.

June 13, 2002.

Johnnie Lee Cropps, III, pro se.

Tara Leigh Patterson, Robert Campolongo, Harrisburg, for Board of Probation and Parole.

## *ORDER*

PER CURIAM.

AND NOW, this 13th day of June, 2002, probable jurisdiction is noted and the order appealed is affirmed.

798 A.2d 1275

Johnnie BYRD, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

No. 55 MAP 2002.

Supreme Court of Pennsylvania.

June 13, 2002.

Johnnie Byrd, Pittsburgh, pro se.

Tara Leigh Patterson, Robert Campolongo, Harrisburg, for Pennsylvania Board of Probation and Parole.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2002, probable jurisdiction is noted and the order appealed is affirmed.

798 A.2d 1275

**Henry GIBBS, Jr., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Board of Probation and Parole, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2002, we **AFFIRM** the Order of the Commonwealth Court.